# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 7, 2015

Robert P. Young, Jr.,
Chief Justice

150591(65)

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

INNOVATION VENTURES, L.L.C., d/b/a
LIVING ESSENTIALS,
        Plaintiff-Appellant,

v

    SC: 150591
    COA: 315519
    Oakland CC: 2012-124554-CZ

LIQUID MANUFACTURING, L.L.C., K & L
DEVELOPMENT OF MICHIGAN, L.L.C., LXR
BIOTECH L.L.C., ETERNAL ENERGY, L.L.C.,
ANDREW KRAUSE, and PETER PAISLEY,
        Defendants-Appellees.
_____/

       On order of the Chief Justice, the motion of the Michigan Chamber of Commerce to participate as amicus curiae and for leave to file an amicus curiae brief is GRANTED. The amicus brief submitted on March 27, 2015, is accepted for filing.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 7, 2015
_____